# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00189-CV

**S. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
## NO. CV40326, THE HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant S. W. filed her notice of appeal on April 7, 2022. The appellate record was complete on April 20, 2022, making appellant's brief due on May 10, 2022. On May 10, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Alan Bennett to file appellant's brief no later than May 25, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on May 17, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith